El Paso County - 346th District Court

Filed 6/27/2025 9:37 AM
Norma Favela Barceleau
District Clerk
El Paso County
2025DCV0935

CAUSE NO. 2025-DCV-0935

| | | |
|---|---|---|
| **KEITH SHANNON,**<br>*Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§<br>§ | 346TH JUDICIAL DISTRICT |
| **TEXAS WORKFORCE COMMISSION**<br>*Defendant.* | §<br>§ | EL PASO COUNTY, TEXAS |

FILED IN
13th COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025 5:42:23 PM
CHRISTOPHER A. PRINE
Clerk

## ORDER GRANTING DEFENDANT'S PLEA TO THE JURISDICTION

Before the Court is Defendant Texas Workforce Commission's Plea to the Jurisdiction. The Court, after considering the basis of the Plea, is of the opinion that the Plea should be GRANTED.

It is therefore ORDERED that Defendant Texas Workforce Commission's Plea to the Jurisdiction is GRANTED and this case is DISMISSED in its entirety. All costs of Court shall be borne by party incurring same. This order is final and appealable and disposes of all parties and claims.

Signed this 27th day of June, 2025.

_____
PRESIDING JUDGE

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102516246
Filing Code Description: Proposed Order
Filing Description: Order Granting Defendant's Plea to the Jurisdiction
Status as of 6/27/2025 10:47 AM MST

Associated Case Party: KEITH SHANNON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Keith Shannon | | kshanvon@aol.com | 6/27/2025 9:37:28 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chris Van Vliet | | chris.vanvliet@oag.texas.gov | 6/27/2025 9:37:28 AM | SENT |
| Peter Berquist | | PETER.BERQUIST@OAG.TEXAS.GOV | 6/27/2025 9:37:28 AM | SENT |